Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

VICTOR F. SMITH, Respondent, v. HAROLD FONDA, Defendant, and SHADINGER & REDICK COMPANY, INC., Appellant.—

Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

In the Matter of the Will of JOSEPH D. ROTUNDO, Deceased. LOUIS J. ROTUNDO et al., Appellants; IRENE J. HENDRA et al., Executors of JOSEPH D. ROTUNDO, Deceased, Respondents.—

Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.